**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14365-CIV-CANNON**

**BRAYAN RAJA CHAABAN HALABI,**

Petitioner,

v.

**MATTHEW ELLISTON, et al.,**

Respondents.
_________________________________/

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. In the exercise of the Court's inherent power, and in light of the Petitioner's failure to comply with Court orders, this matter is **DISMISSED WITHOUT PREJUDICE**.

***

On September 21, 2026, Petitioner filed an Emergency Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1]. The Petition lacked a certificate of emergency as required by Local Rule 7.1(d)(1) and did not reveal any true emergency that would warrant emergency relief [ECF No. 3]. *See* S.D. Fla. L.R. 7.1(d)(1). Hence, the Court dismissed the Petition without prejudice but maintained the action opening for the filing of any amended petition [ECF No. 3]. On October 1, 2026, after Petitioner failed to file an amended motion or other indication of an intent to proceed, the Court directed Petitioner, on or before October 13, 2026, to file a status report indicating his intent to proceed in the matter, with proposed deadlines for any amended petition [ECF No. 6]. The Court also warned in that order that failure to comply would

result in dismissal of this action without prejudice and without further notice [ECF No. 6]. To date, Plaintiff still has not filed an amended petition or sought additional time to do so.

Courts are vested with inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R. Co.*, 370 U.S. 626, 630–631 (1962).

In light of that authority, and given Petitioner's failure to file a status report on his intent to proceed in this action as directed or to provide a basis for an extension or other relief, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE**.
2. The Clerk of the Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of October 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record